**DISMISS and Opinion Filed April 16, 2020**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-20-00167-CV**

**JOSE PATINO, Appellant**

**V.**

**FRANCISCO CHICAS, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-17589**

## MEMORANDUM OPINION

Before Justices Bridges, Molberg, and Carlyle
Opinion by Justice Bridges

Before the Court is the parties' agreed motion to dismiss this appeal based on

settlement. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

/David L. Bridges/

DAVID L. BRIDGES

200167F.P05                                    JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JOSE PATINO, Appellant

No. 05-20-00167-CV          V.

FRANCISCO CHICAS, Appellee

On Appeal from the 162nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-18-17589.
Opinion delivered by Justice Bridges,
Justices Molberg and Carlyle
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement between the parties, we **ORDER** that appellee Francisco Chicas recover his costs, if any, of this appeal from appellant Jose Patino.

Judgment entered April 16, 2020.